Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
~~Northern~~ The District of
Southern Division

Offender Kunta Kinta Harbin #13851
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The Warden of EMCF (MTC)
Case manger Supervisor Miss. Patrick
Casemanger Miss Williams
All 3 Defendants
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-470-KHJ-MTP
_(to be filled in by the Clerk's Office)_



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 21 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kunta Kinta Harbin
   All other names by which you have been known: Mujihad Kunta Kinta Abdullah Alshabazz
   ID Number: #13851
   Current Institution: East Mississippi Correctional Facility
   Address: P.O. Box 10641 Highway 80 West
   Meridian, Miss 39307
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: The Warden Of East Mississippi Corr Facility
   Job or Title (if known): Warden
   Shield Number: N/A
   Employer: (MTC) East Miss Corr Facility
   Address: P.O. Box 10641 Highway 80 West
   Meridian, Miss 39307
   City / State / Zip Code
   ☐ Individual capacity  ☒ Official capacity

   Defendant No. 2
   Name: Miss Patrick
   Job or Title (if known): Case Manger Supervisor
   Shield Number: N/A
   Employer: Case Manger Supervisor (MTC)
   Address: P.O. Box 10641 Highway 80 West
   Meridian, Miss 39307
   City / State / Zip Code
   ☐ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Case Manger Miss Williams
Job or Title (if known): Case Manger of Unit 5
Shield Number: N/A
Employer: Case Manger position (MTC)
Address: P.O. Box 1064 Highway 80 West
Meridian, Miss 39307

[ ] Individual capacity   [✓] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Case Manger Williams Has Violated My 1st Admendment Rights, And Has Denied Me Being Housed As A Protective Custody Offender Instead She's Held Me Inside A Long Term Segregation Zones For 4 And 5 months, I Am B-Custody.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Under The 13th Admendment Rights The 3 Defendants Denied I Offender Kunta Kinta Harbin #13851 My Rights To Be Placed On Protective Custody Over These 2 Years And 5 Months Period of Time. I Have Better My Situation By Getting

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

This Case Manger Miss Williams Woman Which Is In A Position As My Case Manger Has The Authority To Help Me Get Transferred To A Protective Custody Facility Or Prison now She Refused to help Me. Also Miss Patrick Does Too Which She Is The Case Manger Supervisor,

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I Am filing This Under Section 1983

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I Offender Kunta Kinta Harbin #135051 This Claim Arose In South Mississippi Correctional Institutions In Greene Greene County September 14, 2014, Then 2019 In May At Mississippi State Penitentiary In Parchman Miss 2019

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

This Event arose In South Mississippi Corr Institution Greene County, East Mississippi Correctional Facility (MTC) 2019 Mississippi State Penitentiary In Parchman Miss, 2019 This Has Been Going On For Additional 10 Years As To My Incarceration I Been Label As A "Adverse"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

I Arrived Here At East Mississippi Correctional Facility (MTC) The 2/10/2021 Several Time I Had Been Attempted To Be Killed By Several Offenders That Has Been In Housed Around Over These Last 29 Months Of Me Been Housed At This Facility (MTC)

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I Have Caused Severe Harm To Myself And Person By Taking A Sharp Razor, And Setting Big Fires Inside, And Outside My Cells On Each Long Term Zones I Been On, Just To Get The Officers, And Those Who Are In Authority On The Zones I Been Housed On Unit 5-Alpha & 5-Bravo Which I Where I Am Housed At Now.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Each Time That I Took A Sharp Razor, And Cut My Arm Or Neck And My Stomach Area I Told The Officers And Sgt's And Lt's And Captain's Even The Major Of My Situation Literally That The Certain Offenders Trying To Kill Me Meaning They Breaking Out Their Electronic Device Cells Controlled By A Keyboard Monitoring System Attempting To Come Up To My Cells I Been In With Force And Open My Cell And Come Inside, And Kill Me They Told, And Telling Me This.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Am Requesting To Be On P/C I Was Threathen In Mississippi State Penitentiary In Parchman, I Signed On Protective Custody May 2019 Now I Did Not Get Approved Until October 2019 I Stayed On Protective Custody Until September 20, 2020 When I Was Involved In A Stabbing, And I Was Placed On Long Term Segragation Also I Was Threathen By A Group & Gang Of Guys In Unit 29-G-Bldg Also L-Building I Need To Be Back On Protective Custody? I Am Not Requesting To Be Housed Here. I Told This Case Manger Miss Williams The Situation That I Am In, And She Refused To Send Me To A Protective Custody Unit Or Zone At All.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Carroll County Regional Correctional Facility 2013 In The County Jail After I Was Sentenced.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I Offender Kunta Kinte Harbin #13851 Was Placed On Protective Custody Cause My Co-Defendant Threathen Me Plus He Has Sent A Direct Hitt On Me To Be Killed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In This Facility EMCF, And Also SMCI In Greene County Also In MSP In Parchman Mississippi,

2. What did you claim in your grievance?

That I Was Threathen, And That I needed to Be Placed On Protective Custody 2021 I Spoke To Other Warden About It Warden Vigilante He Quit Last Month,

3. What was the result, if any? They Put Me on Protective Custody In 2017 I Was Placed On Protective Custody But Now I Signed Off In Rankin County That Same Year, Now I Was Placed Back On It 2019 of May Or June Cause I Was Jumped On By 12 Twelve Guys In Unit 29-K-Building.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

None

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I Did File Grievance All The Places That I Been In SMCI, EMCF, MSP All Places Concerning This Same Issues.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I Informed The Officers, Sgt's, Lt's Captain's Major's Warden's Case Managers, And Case Manager Supervisor.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   That My Life Has Been Endangered Since My Incarceration In Prison, Institution, Also In All Facility's That I Been Housed At Within 10 Years.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

"Yes."

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   I Filed A Federal Law Against This Same Facility 2017 Also The Northern Distict Southern Division

3. Docket or index number

   I Can Not Remember

4. Name of Judge assigned to your case

   Linda R. Anderson

5. Approximate date of filing lawsuit

   March 27, 2017

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   It Was Dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Kunta Kinta Harbin #138051
   Defendant(s) EMCF

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S. District Court 501 East Court Street.

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   Linda R. Anderson

5. Approximate date of filing lawsuit
   May 2019

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Was Dismissed.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Kunta Kinta Harbin*
Printed Name of Plaintiff: Kunta Kinta Harbin #13851
Prison Identification #: #13851
Prison Address: P.O. Box 10641 Highway 80 West
Meridian, Miss 39307
*City / State / Zip Code*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
*City / State / Zip Code*
Telephone Number: _____
E-mail Address: _____