UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KUNTA KINTA HARBIN                                              PLAINTIFF

V.                                            CIVIL ACTION NO. 3:23-CV-470-KHJ-MTP

WARDEN OF EAST MISSISSIPPI                                      DEFENDANTS
CORRECTIONAL FACILITY, et al.

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendants. Plaintiff's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 3rd day of November, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE